UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 11-00926 ~~EXE~~  DLJ |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| EFRAIN NUNEZ-MARTINEZ, | ) | |
| Defendant. | ) | |

Leave is granted to the government to dismiss the indictment.  The indictment is hereby ordered dismissed without prejudice.

Dated: 11/22/2016

_____
United States District Judge

ORDER OF DISMISSAL
CR 11-00926 EXE